# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                            Case No. 3:02-cv-406/LAC

DONA H. SLY and
JOANN E. SLY,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's status report (Doc. 69), filed in accordance with the previous Order of the Court. In consideration of the report, IT IS HEREBY ORDERED:

1. The STAY entered in this cause of action is CONTINUED until February 10, 2009, or until Defendants' bankruptcy petition is resolved in a manner specified in 11 U.S.C. § 362(c) or otherwise becomes moot, whichever occurs first. Plaintiff shall file the appropriate notification with this Court in either event.

**ORDERED** on this 12th day of August, 2008.

                                                    s/*L.A. Collier*
                                                     Lacey A. Collier
                                       Senior United States District Judge